**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

SEALED

FILED

JUN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR CASTRO, JR., ET AL.<br><br>Defendant. | CR NO: 1:19 MJ 00128 BAM<br><br>**UNDER SEAL** |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:   Salvador CASTRO, Jr.

Detained at   Pleasant Valley State Prison, located at 24863 W Jayne Ave.,

Coalinga, California in Fresno County

Detainee is:

a.)   ☒ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint

charging detainee with:   Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 18, 2019 at 2:00 p.m. in the Eastern District of California.*

Signature: _____

Printed Name & Phone No:   Justin J. Gilio

Attorney of Record for:   United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                                    ☐Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on June 18, 2019* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____6/17/19_____

_____
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | "The Old Man"; "Gangster" | ☒Male   ☐Female |
| Booking or CDC #: | E84802 | DOB:   2/9/1970 |
| Facility Address: | 24863 W Jayne Ave., Coalinga, California | Race:   Hispanic |
| Facility Phone: | | FBI#:   191183LA9 |
| Currently | | |

---

## RETURN OF SERVICE

Executed on: _____

_____
(signature)