1  Marc Days, CA Bar #184098
   Days Law Firm
2  1107 R Street
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant
   SALVADOR CASTRO, JR.
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No. 1:19-cr-00143 DAD-BAM
12 |                      Plaintiff, | STIPULATION TO CONTINUE
                                      SENTENCING; ORDER THERON
13 |        v.
                                      Date: May 24, 2021
14 | SALVADOR CASTRO, JR,             Time: 10:00 am
                                      Judge: Hon. Dale A. Drozd
15 |                      Defendant.

16

17     **IT IS HEREBY STIPULATED** by and between the parties, through their respective

18 counsel, Assistant United States Attorney, Justin Gilio, Counsel for Plaintiff, and Marc Days,

19 Counsel for Defendant, Salvador Castro, Jr., that the sentencing hearing currently set for April

20 12, 2021, at 10:00 a.m., may be rescheduled to May 24, 2021, at 10:00 a.m.

21     The requested continuance is necessary to provide the defense additional time needed to

22 investigate and prepare for sentencing. This continuance will conserve time and resources for

23 both counsel and the court.

24     Since Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act

25 is not applicable.

26 ///

27 ///

28

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  March 26, 2021

/s/ *Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

Dated:  March 26, 2021

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
SALVADOR CASTRO, JR.

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   **March 29, 2021**

_____
UNITED STATES DISTRICT JUDGE